UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| **Miguel Garcia,** | Case No. 18-10229 MG |
| Debtor(s). | **NOTICE OF MOTION FOR** <br> **RELIEF FROM THE AUTOMATIC STAY** |

**PLEASE TAKE NOTICE** that upon the annexed application of Nicole M. Massi, Esq., Knuckles, Komosinski & Manfro LLP, on behalf of Rushmore Loan Management Services, as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Movant") will move this Court on:

May 07, 2018 at 02:00 pm
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Courtroom: 523

or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. § 362(d)(2) granting Movant relief from the automatic stay as it applies to property commonly known as 633 West 185th Street, New York, NY 10033, and granting such other and further relief as this Court may deem just, proper, and equitable.

Dated: April 2, 2018
     Elmsford, New York

                                          **Knuckles, Komosinski & Manfro LLP**
Attorneys for Rushmore Loan Management Services, as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

By: _____
    Nicole M. Massi, Esq.
    565 Taxter Road, Suite 590
    Elmsford, New York 10523
    (914) 345-3020
    nmm@kkmllp.com